# RICHARD PATTINSON
v.
## HENRY CONNER AND FRANCIS GRAY

1807

### Journal Entries

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 51
2. Special bail . . . . . . . . . . . . " 51
3. Declaration filed . . . . . . . . . . . " 52
4. Postponement . . . . . . . . . . . " 128
5. Rule to plead . . . . . . . . . . . " 158
6. Judgment . . . . . . . . . . . . " 168

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . . . .
3. Money bond . . . . . . . . . . . . . . . . . .